

# UNITED STATES DISTRICT COURT

### *Eastern District of Tennessee*
**800 Market Street**
**Suite 141**
**Knoxville, Tennessee 37902**

CHAMBERS OF
**Judge Leon Jordan**

April 4, 2007

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

FINANCIAL DISCLOSURE OFFICE
2007 APR 10 · A 10: 50
RECEIVED

Re:    Annual Financial Disclosure Report
       Supplemental Information
       Calendar Year 2006
       Judge Robert L. Jordan

Dear Representative:

In response to Judge Smith's letter of March 28, 2007, I am providing the following supplemental information to Part VII of my Financial Disclosure Report for the calendar year 2006.

| | |
|---|---|
| - Line 26, Column B(2) | "None" |
| - Line 52, Column B(2) | "None" |
| - Line 78, Column D(3) | "J" |
| - Line 79, Column D(3) | "J" |
| - Line 85, Column D(3) | "J" |
| - Line 86, Column D(3) | "J" |
| - Line 87, Column B(2) | "None" |
| - Line 87, Column D(3) | "K" |
| - Line 88, Column D(3) | "J" |
| - Line 89, Column D(3) | "J" |
| - Line 90, Column B(2) | "None" |
| - Line 92, Column D(3) | "J" |

Yours very truly,



Robert L. Jordan

Enclosures



AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

COPY

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Jordan, Robert L | 2. Court or Organization<br><br>District Court - E.D. Tenn. | 3. Date of Report<br><br>03/12/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>800 Market Street<br>Suite 141<br>Knoxville, TN 37902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X]   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAR 20 A 10: 08 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X]   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/12/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Tennessee Consolidated Retirement System Judicial Retirement | $ 12.571.26 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. AEI / Brookings Joint Institute | March - Washington, D.C. - Judicial Education Program - Insurance Law (Transportation, Lodging, Food, Tuition) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/12/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/12/2007 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T Inc. | A | Dividend | J | T | | | | | |
| 2. Agere Sys. (Formerly Agere Sys. A & B) | | None | J | T | | | | | |
| 3. American Trust Bank of East TN | | None | J | T | | | | | |
| 4. Avaya | | None | J | T | | | | | |
| 5. BB&T | D | Dividend | M | T | | | | | |
| 6. BP PLC | A | Dividend | J | T | | | | | |
| 7. Comcast | | None | J | T | | | | | |
| 8. Dow Chem. | A | Dividend | J | T | | | | | |
| 9. EMC | | None | J | T | | | | | |
| 10. Exxon Mobil | A | Dividend | K | T | | | | | |
| 11. First Horizon | D | Dividend | M | T | | | | | |
| 12. General Electric | B | Dividend | K | T | | | | | |
| 13. IBM | A | Dividend | J | T | | | | | |
| 14. JDS Uniphase Corp | | None | J | T | | | | | |
| 15. John Hancock | | None | J | T | | | | | |
| 16. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 17. King Phar. | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/12/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Alcatel-Lucent (Formerly Lucent Tec., Inc.) | | None | J | T | Merger | 11/30 | | | |
| 19.  Medimmune IN | | None | J | T | | | | | |
| 20.  Medtronic | A | Dividend | J | T | Buy | 4/26 | J | | |
| 21.  NASDQ - 100 | | None | J | T | | | | | |
| 22.  Pfizer | A | Dividend | K | T | | | | | |
| 23.  Phoenix Cos. | A | Dividend | J | T | | | | | |
| 24.  Putnam Global Growth | A | Dividend | J | T | | | | | |
| 25.  Security Equity | A | Dividend | J | T | | | | | |
| 26.  SERONO S.A. | | | | | Sell | 4/12 | J | A | |
| 27.  Sun Trust Bank | F | Dividend | P1 | T | | | | | |
| 28.  TN Hsg. Dev. Agency 3% Due 7/10 | B | Interest | K | T | | | | | |
| 29.  Twin Cities Financial, Inc. | A | Dividend | K | T | | | | | |
| 30.  Tyco Intl. | A | Dividend | J | T | | | | | |
| 31.  Cohen & Steers Select Utility | B | Dividend | K | T | | | | | |
| 32.  Vanguard Growth Index Fund | B | Dividend | K | T | | | | | |
| 33.  Vanguard 500 Index Fund | B | Dividend | K | T | | | | | |
| 34.  Vanguard Mid Cap Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/12/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Small Cap Value Fund | B | Dividend | K | T | | | | | |
| 36. Vanguard Health Care Fund | C | Dividend | K | T | | | | | |
| 37. INTEREST, CD'S, SAVINGS, ETC. | | | | | | | | | |
| 38. American Fidelity Bank | C | Interest | L | T | | | | | |
| 39. AmSouth Bank | D | Interest | N | T | | | | | |
| 40. BB&T | D | Interest | M | T | | | | | |
| 41. Citizens Bank of Blount County | D | Interest | M | T | | | | | |
| 42. First Tennessee | A | Interest | J | T | | | | | |
| 43. Home Federal | A | Interest | J | T | | | | | |
| 44. Merrill Lynch MIT | A | Interest | J | T | | | | | |
| 45. Merrill Lynch Ready Assets | A | Interest | K | T | | | | | |
| 46. SunTrust | E | Interest | N | T | | | | | |
| 47. United Community Bank | D | Interest | M | T | | | | | |
| 48. Y-12 FCU | B | Interest | L | T | | | | | |
| 49. American Trust Bank | C | Interest | M | T | | | | | |
| 50. First National Bank | D | Interest | M | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/12/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Merrill Lynch Co. ARN | | | | | Sell | 1/30 | K | B | |
| 53.  Vanguard Int'l Value Fund | C | Dividend | J | T | Buy | 1/30 | J | | |
| 54.  Vanguard Prime Cap Core Fund | A | Dividend | J | T | Buy | 1/30 | J | | |
| 55.  AmSouth | A | Dividend | J | T | Mrg. Regions | 11/06 | | | |
| 56.  Atmos Energy | A | Dividend | J | T | | | | | |
| 57. | | | | | | | | | |
| 58.  Merrill Lynch Custodian IRA | | | | | | | | | |
| 59.  - AT&T Inc. | A | Dividend | J | T | | | | | |
| 60.  - American Greeting | | | | | Sell | 4/17 | J | B | |
| 61.  - AmSouth | A | Dividend | K | T | Mrg. Regions | 11/06 | | | |
| 62.  - Avaya | | None | J | T | | | | | |
| 63.  - BMC Software | | None | J | T | | | | | |
| 64.  - Comcast | | None | J | T | | | | | |
| 65.  - General Electric | B | Dividend | K | T | | | | | |
| 66.  - Home Depot | A | Dividend | J | T | | | | | |
| 67.  - Johnson & Johnson | A | Dividend | J | T | Buy | 4/18 | J | | |
| 68.  - King Phar. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/12/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Kroger Co. | | None | J | T | | | | | |
| 70. - Merrill Lynch Ret. Reserves | A | Interest | J | T | | | | | |
| 71. - PerkinElmer | A | Dividend | J | T | | | | | |
| 72. - Sun Trust Bank | A | Dividend | J | T | | | | | |
| 73. - Tanger Factory Outlet | A | Dividend | K | T | | | | | |
| 74. - Texas Inst. | A | Dividend | J | T | | | | | |
| 75. - Greene Co. Bankshares | A | Dividend | J | T | | | | | |
| 76. - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 77. - Pfizer, Inc. | A | Dividend | J | T | Transfer | 11/28 | | | Self |
| 78. - Dollar General Corp. | A | Dividend | J | T | Buy | 1/18 | | | |
| 79. - Ingersoll-Rand | A | Dividend | J | T | Buy | 1/26 | | | |
| 80. | | | | | | | | | |
| 81. DEFERRED COMPENSATION - STATE OF TENNESSEE | | | | | | | | | |
| 82. - Plan I - 457 | D | Int/Div/Dist | M | T | | | | | |
| 83. - Plan II - 401K | D | Int/Div/Dist | M | T | | | | | |
| 84. | | | | | | | | | |
| 85. Ingersoll-Rand | A | Dividend | J | T | Buy | 1/26 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/12/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Verizon Communications | A | Dividend | J | T | Buy | 1/26 | | | |
| 87. Merrill Lynch ARN due 8/24/07 | | | K | T | Buy | 2/01 | | | |
| 88. TN Valley Fin. Hldr. Inc. | A | Dividend | J | T | Buy | 9/28 | | | |
| 89. Caterpillar Inc. | A | Dividend | J | T | Buy | 11/01 | | | |
| 90. Idearc Inc. | | | J | T | Spinoff VZ | 11/17 | | | |
| 91. Phizer Inc. | A | Dividend | J | T | Transfer | 11/28 | | | Merrill Lynch IRA |
| 92. Ingersoll-Rand | A | Dividend | J | T | Buy | 1/26 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/12/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date____3- 15-07____

NOTE: ANY I̶N̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶K̶N̶O̶W̶I̶N̶G̶L̶Y̶ ̶A̶N̶D̶ ̶W̶I̶L̶F̶U̶L̶L̶Y̶ ̶F̶ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AN  CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544